FILED
CLERK, U.S. DISTRICT COURT
OCT - 3 2013
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Case No.: 5:12-CR-40-VAP
        Plaintiff,  )
        v.  )  ORDER OF DETENTION PENDING
          )  FURTHER REVOCATION
Richard Espinoza  )  PROCEEDINGS
        Defendant.  )  (FED. R. CRIM. P. 32.1(a)(6); 18
          )  U.S.C. § 3143(a)(1))

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)    information in the Pretrial Services Report and Recommendation

    (X)    information in the violation petition and report(s)

    (X)    the defendant's nonobjection to detention at this time

    ( )    other: _____

1

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X) information in the Pretrial Services Report and Recommendation
(X) information in the violation petition and report(s)
(X) the defendant's nonobjection to detention at this time
( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: October 3, 2013

_____
SHERI PYM
United States Magistrate Judge